# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **CIARA BRYANT** | **CASE NO. 6:25-CV-00549** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SCHOOL BOARD OF ST LANDRY PARISH ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 17] filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 16] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, the MOTION TO DISMISS PENALTY, PUNITIVE, OR EXEMPLARY DAMAGES [Doc. 6] filed on behalf of the City of Opelousas and Officer Ka'Leah Dorsey is GRANTED. Plaintiff's claims for punitive damages against the City of Opelousas and Officer Dorsey in her official capacity are dismissed.

THUS DONE AND SIGNED in Chambers on this 5th day September, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE