# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **CIARA BRYANT** | **CIVIL CASE NO. 6:25-CV-00549** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SCHOOL BOARD OF ST LANDRY PARISH ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 19] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, the MOTION FOR JUDGMENT ON THE PLEADINGS [Doc. 12] filed on behalf of Opelousas High School and the St. Landry Parish School Board is hereby GRANTED.

THUS, DONE AND SIGNED in Chambers on this 21st day of November 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE